# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff<br><br> vs.<br><br>JOSE LUIS LARA-ZARAGOZA,<br><br>        Defendant. | Case No.: 18CR2495-WQH<br><br>**JUDGMENT AND ORDER TO DISMISS** |

For good cause appearing, the United States' Motion to Dismiss the Information without prejudice as to Jose Luis Lara-Zaragoza is **granted.**

**SO ORDERED.**

Dated:  July 20, 2018

*William Q. Hayes*

Hon. William Q. Hayes
United States District Court